JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO ROBLES,<br><br>Petitioner<br><br>v.<br><br>PEOPLE OF STATE OF CALIFORNIA,<br><br>Respondent. | Case No. 2:21-cv-08865-MEMF (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed with prejudice.

Dated: July 17, 2023

MAAME EWUSI-MENSAH FRIMPONG
United States District Judge